UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MOBILE SCANNING TECHNOLOGIES, LLC v. MOTOROLA SOLUTIONS, INC.
2014-1720

### APPELLANT'S UNOPPOSED MOTION
### FOR A FOURTEEN DAY EXTENSION OF TIME
### TO FILE ITS OPENING BRIEF

Appellant Mobile Scanning Technologies, LLC ("MST") files this Unopposed Motion requesting a fourteen day extension of time to file its Opening Brief.  MST respectfully requests that the current deadline of October 14, 2014 be extended by fourteen days to October 28, 2014.  No previous extension has been requested or granted.

As good cause for this Motion, MST is requesting a two week extension in order to provide sufficient time to prepare its Opening Brief.

Appellant MST's counsel has conferred with the Principal Attorney for Appellee Motorola Solutions, Inc. and confirmed that Appellee does not object to this requested fourteen day extension of time.

For the foregoing reasons, Appellant MST respectfully requests that this Court grant the requested extension to October 28, 2014 for MST to file its Opening Brief.

Respectfully submitted,

  /s/Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
1001 McKinney Street, Suite 1800
Houston, TX  77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
E-mail: CRogers@conleyrose.com

Principal Attorney for
Appellant
Mobile Scanning Technologies, LLC

# CERTIFICATE OF INTEREST

Counsel for Appellant Mobile Scanning Technologies, LLC certifies the following:

1. The full name of every party or amicus represented by me is:

    Mobile Scanning Technologies, LLC

2. The name of the real party in interest represented (if the party named in the caption is not the real party in interest) by me is:

    Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this Court are:

<u>Conley Rose, P.C.</u>

| | |
|---|---|
| Charles J. Rogers | Paul M. Schwartz |
| | Mobile Scanning Technologies, LLC |

/s/Charles J. Rogers
Charles J. Rogers
Principal Attorney for
Appellant
Mobile Scanning Technologies, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014 I filed the foregoing ***Appellant's Unopposed Motion for a Fourteen Day Extension of Time to File Its Opening Brief*** through this Court's CM/ECF system. Pursuant to this Court's Administrative Order Regarding Electronic Case Filing (May 17, 2012), ECF-6, the Notice of Docket Activity generated by this Court's CM/ECF system constitutes service of the document on the Appellee because it is represented by the following attorney who has registered for the CM/ECF system:

Mitchell S. Feller
Sobel & Feller LLP
E-mail: msfellar@sobelfeller.com
Principal Attorney for
Appellee Motorola Solutions, Inc.

/s/Charles J. Rogers
Charles J. Rogers
Conley Rose, P.C.
1001 McKinney Street, Suite 1800
Houston, TX 77002-6421
Telephone: (713) 238-8049
Facsimile: (713) 238-8008
E-mail: CRogers@conleyrose.com
Principal Attorney for
Appellant
Mobile Scanning Technologies, LLC