NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**MOBILE SCANNING TECHNOLOGIES, LLC,**
*Appellant*

v.

**MOTOROLA SOLUTIONS, INC.,**
*Appellee*

14-1720
(Serial no. IPR2013-00093 )

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

ON MOTION

O R D E R

Upon consideration of the Appellant's, Mobile Scanning Technologies, LLC, unopposed motion to extend time the principal brief until October 28, 2014,

IT IS ORDERED THAT:

The motion is granted.

                                            FOR THE COURT

October 9, 2014                    /s/ Daniel E. O'Toole
                                              Daniel E. O'Toole
                                              Clerk of Court