NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOBILE SCANNING TECHNOLOGIES, LLC,**
*Appellant,*

v.

**MOTOROLA SOLUTIONS, INC.,**
*Appellee.*

---

2014-1720
(Serial no. IPR2013-00093 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the Appellee's and Intervenor's unopposed motions to extend time to file its briefs until December 29, 2014,

IT IS ORDERED THAT:

The motions are granted.

                                             FOR THE COURT

November 26, 2014                /s/ Daniel E. O'Toole
                                                Daniel E. O'Toole
                                                Clerk of Court